[No. 14513–4–I.   Division One.   May 28, 1986.]

*In the Matter of the Estate of*
WILLIAM RODNEY ARNEY.

ROBERT P. ARNEY, *Respondent,* v. RODNEY W. ARNEY,
*Individually and as Personal Representative,*
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 82–4–03178–7, Nancy A. Holman, J., entered
February 21, 1984. *Affirmed* by unpublished opinion per
Utter, J. Pro Tem., concurred in by Cole and Schumacher,
JJ. Pro Tem.

[Nos. 13294–6–I; 13304–7–I;   Division One.          May 28, 1986.]
13313–6–I.

MERTON E. FRANCIS, *Respondent,* v. BURLINGTON
NORTHERN RAILROAD, *Appellant.*

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 80–2–04065–9, John F. Wilson, J.,
entered May 13, 1983. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Swanson, J., and Revelle, J.
Pro Tem.

[Nos. 15801–5–I; 15948–8–I.   Division One.   May 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHY
ZIEGLER, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King
County, No. 84–1–02295–3, Anthony P. Wartnik, J.,
entered January 14, 1985. *Dismissed* by unpublished per
curiam opinion.